IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**REGINALD LACEY (No. 102992)**          **PLAINTIFF**

**v.**          **No. 4:23CV84-RP**

**STATE OF MISSISSIPPI**          **DEFENDANT**

### ORDER *DISMISSING* CASE AS DELUSIONAL AND FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF COULD BE GRANTED

On October 23, 2023, the court issued an order [15] for the plaintiff to show cause, within 21 days, why the instant case should not be dismissed for failure to state a claim upon which relief could be granted. The plaintiff responded to the court's order, restating his belief that the allegations in the complaint are true – and requesting $4.8 million in damages, a jury trial, and appointment of counsel. For the reasons set forth below, the instant case will be dismissed with prejudice as delusional and for failure to state a claim upon which relief could be granted.

In the interests of clarity and completeness, the court will restate its discussion from the show cause order.

In this case, the plaintiff's complaint consists of page after page of unintelligible text, *e.g.*:

> I been unlawfully used, since a child to age 36, and each prison, Constitutional Rights and Rights are violated. Humiliation, Humiliation, Cruel and Unusual Punishment, Unsafe Conditions, Long Suffering, Pain and Suffering, Equality, Equality, Life Endangerment, Eavesdropping, Identity Theft and Signature, Discrimination, Citizen Indifference, Medical Indifference, Security, Audio and Amateur, Amateur Indifference, Communication Indifference, Freckle Discrimination, Inhumane Health Indifference; I was born in Hinds County, Jackson, Mississippi, Baptist Hospital December 2, 1985 …. I will need all medical documents and Prison Medical Documents. I'm getting upper body, lower body, and internal uses from Harmful Interferences, Brain, Liver, Bladder, Lung, Heart, Intestines, Spine, Eyes, Ears, Bones, Teeth, Jaws, Buttocks, Colon; a full body M.R.I. is needed to determine all damages and conditions. Pain and suffering, long suffering, unsafe conditions, equality,

> security, life endangerment a very serious and important matter, from these private financial gain(s).
>
> Transgender methods, paralysis methods, cerebral palsy methods, buttocks methods, BrainStorm methods, "selfie" methods, Talking Tom methods, 22 to 23 hours of auto talking, brain methods, motion methods very similar to a mind body theory of Frankenstein, Puppet Man, Xlophone Man, Method Man 1,000 neonautical Robot, Prism Robot, Hydraulic Man, LOOM Robot, Bio-Greenfield Android, Monster, Virtual Sounds, homosexual science, Mind Bot, FRECKLES, Uranium Tech, BRAIN, Cyber robot, BONES, PUNK, (phase and stage, see category), Soundless Sounds, UPPERBODY, VOLUME, Front entertainment, Advance Sound Sense Spin, Polymer, Technology 1,000, Interegator, Farrow Jaws and Tongue, LOUD (Eavesdropping Gold each prison sentence and Frankenstein Advance review, each prison sentence) POOLE POOLE, Feather Man, WishBone – left wrist bone and Spy Spine since youth, Review medical files. DOTS DOTS DOTS Kinetic Cosmic Newton, Dementia Man, Sound and Sounds, Spy Sensor, Sculptures-FRECKLES, TEETH; SPINE, NECK BONES, LOWER BODY, "ZOOM ZOOM", Dimension, Graphics, Supersonic sounds, private financial gain for INHUMANE prison food, defication (poop) sperm, concrete rocks in greens, penny size bus, spectal brain spectrum uses with Globb Speaker, Gold violations ….

Doc. 1 at 3-4 (quoted verbatim).

Pages 3 through 17 of the instant complaint contain handwritten, single-spaced text substantially the same as that quoted above, with a great deal of repetition. Toward the end of his complaint, the plaintiff states:

> Emergency assistance requested from this Court and each General described in Title 18 United States Code Annotated 2510-2523. Very important to know that I can not be violated for fun or gain. Willfully, unlawfully, intentionally used for my life and property. I was never a volunteer or free life to use. National Geographic, a television episode explains how the Human Body can be used, unlawfully, intentionally, willfully. Requesting that this court, Attorney General, Inspector General, Deputy General, Assistant Attorney General, to accept this Complaint about my life and Property, and allow me to recover for all civil damages.

Doc. 1 at 17. Ultimately, the complaint contains no allegations regarding how the plaintiff was allegedly wronged – and no information regarding how the defendant is connected to this case.[1]

---

[1] Distributed randomly amidst the 14 pages of disjointed text, the plaintiff briefly mentions tobacco from the Commissary causing tooth problems, a stolen Visa card, stolen tax refunds and paychecks, unspecified grievances that were lost, and various crimes committed against him throughout his life. None of these allegations rises to the level of a constitutional

A complaint lacks an arguable basis in law if it is "based on an indisputably meritless legal theory," such as if the defendants are clearly immune from suit or if the complaint alleges the violation of a legal interest that clearly does not exist. *Neitzke v. Williams*, 490 U.S. 319, 327, 198 S.Ct. 1827, 1833, 104 L.Ed.2d 338 (1989). In addition, judges may "pierce the veil of the complaint's factual allegations and dismiss those claims whose factual contentions are clearly baseless . . . . Examples . . . are claims describing fantastic or delusional scenarios . . . ." *Id.*, 490 U.S. at 327, 328. The plaintiff's incoherent submission to the court clearly involves such "fantastic or delusional scenarios." As such, the instant complaint is **DISMISSED** with prejudice as delusional and for failure to state a claim upon which relief could be granted, counting as a **"STRIKE"** under 28 U.S.C. § 1915(g).[2]

**SO ORDERED**, this, the 17th day of November, 2023.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE

---

claim, and these claims have no discernable connection to MDOC, the sole defendant in this case. Doc. 1 at 5-17.

[2] In light of this ruling, the plaintiff's requests for judgment in his favor, appointment of counsel, and a jury trial will be dismissed as moot.